IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,


 

 AT AUSTIN


 

 

 


 

 

 NO. 3-94-239-CV


 

 

LAVERNE ZOELLER-KOTT AND TROY D. ZOELLER,

 

 APPELLANTS

 

 vs.


 

 

 

MARY JACOBY,

 

 APPELLEE

 

 

 


 

 

 FROM THE DISTRICT COURT OF BLANCO COUNTY, 33RD JUDICIAL DISTRICT 


 

 NO. 4001, HONORABLE CLAYTON E. EVANS, JUDGE PRESIDING


 

 


 

 

 PER CURIAM

 After an initial review of the transcript, the Clerk of this Court informed the parties
that no final judgment exists in this cause. See Tex. R. App. P. 56(a). The district court
rendered a "final" judgment by an order which granted and denied motions for summary judgment
that were no longer live motions because amended motions for summary judgment had been filed. 
See Tex. R. Civ. P. 62, 64. The appellants have contacted the Clerk and agrees that the judgment
is not final.

 Accordingly, we dismiss the appeal for want of jurisdiction.


Before Justices Powers, Aboussie and Jones

Dismissed for Want of Jurisdiction

Filed: July 6, 1994

Do Not Publish